

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2022

No. 04-22-00679-CV

Maria E. Esquivel **DE AGUILERA**,
Appellant

v.

**CITY OF SAN ANTONIO,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2022CV00587
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

On November 14, 2022, appellee the City of San Antonio filed a Motion to Substitute Counsel in which appellee asks this court to substitute attorney Michael J. Urbis for Joshua Longi—who is no longer employed by the City's Litigation Division. Appellee further represented lead appellate counsel, Jacqueline M. Stroh, will remain as lead appellate counsel for the City. The motion complies with subsection (d) of Rule 6.5 and is **granted**. *See* TEX. R. APP. P. 6.5.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court